■ In the Matter of BEST & CO., INC., v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-respondent-appellant procures the appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ JAMES A. WALKER v. NEW YORK PREPARATORY SCHOOL et al.— Motion for leave to appeal as a poor person denied without prejudice, however, to a renewal thereof upon a proper showing that plaintiff-appellant is a poor person. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ GWENDOLYN T. FRANK v. ALAN I. W. FRANK.— Motion to seal papers on appeal denied as not timely made. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MAX SWERSKY v. A. GREENE & CO., INC., et al. H. R. H. CONSTRUCTION CORP. v. WORLD HOUSEWRECKING CO., INC.— Motion by respondent H. R. H. Construction Corp. to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by respondent Emily Welsch to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by respondent A. Greene & Co., Inc., to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by respondents Henry Lohleine, Maurice Breen and Louis E. Vasue to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ PACIFIC INSURANCE COMPANY OF NEW YORK v. CHARLES HODGKINSON et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ALBERT S. ELIAS v. DOROTHY HELLER et al., Individually and Doing Business as O. K. WINDOW CLEANING CO.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for defendants-respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court. In all other respects the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.